UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHARON D. WALTZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:23-cv-356-MHH-GMB |
| ) | |
| BUREAU OF PRISONS, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM OPINION**

The respondent has moved to dismiss Ms. Waltz's § 2241 petition as moot because Ms. Waltz has been released from federal custody. (Docs. 4, 4-1, 4-2). Because the Bureau of Prisons has released Ms. Waltz from custody, the Court no longer may provide meaningful relief to her. Therefore, Ms. Waltz's petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) (holding that "a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Spencer v. Kemna*, 523 U.S. 1, 7–8 (1998) (finding that a petitioner must demonstrate collateral consequences to avoid the mootness doctrine once he has been released from custody). By separate order, the Court will dismiss this action as moot.

Although Ms. Waltz has not updated her address in this case since her release from prison, in a different civil case to which Ms. Waltz is a party, she provided a

residential mailing address. The Clerk shall please mail this order to Ms. Waltz at the address on file in this case and at the address that appears at Doc. 34, p.1 in 2:19-cv-391-MHH.

**DONE** and **ORDERED** this May 10, 2023.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE